UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>    Bradley Post<br><br>                    Debtor | CASE NO: 09-30425<br>                    (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4267219**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1/ 24 | DENNIS POST<br>816 EDGEWICK RD<br>NEW CARLISLE, OH  45344 | 528.81 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/12/2014

CERTIFICATE OF SERVICE 09-30425

I hereby certify that on May 12, 2014, a copy of the attached was served on the following ECF participants electronically through the court's ECF System at the email address registered with the court.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

ANTHONY B PENNINGTON
1107 UPPER VALLEY PIKE
SPRINGFIELD, OH 45504

And on the following by ordinary U.S. Mail, on May 12, 2014:

Bradley Post
652 Dakota Drive
Xenia, OH 45385

(90.1n)
ANDREW BAINBRIDGE
580 SOUTH HIGH STREET
COLUMBUS, OH 43215

(78.1n)
DAVID H YUNGHANS
525 VINE STREET
SUITE 800
CINCINNATI, OH 45202

(24.1)
DENNIS POST
816 EDGEWICK RD
NEW CARLISLE, OH 45344

(89.1n)
DEREK M SHAW
6059 FRANTZ RD
SUITE 205
DUBLIN, OH 43017

(87.1n)
EAST BAY FUNDING LLC
RESURGENT CAPITAL SERVICES
BOX 288
GREENVILLE, SC 29603

(91.1n)
EDUCATIONAL CREDIT MANAGEMENT CORPORATION
BOX 75906
ST PAUL, MN 55175

(85.1n)
LAURA R FAULKNER
525 VINE ST
SUITE 800
CINCINNATI, OH 45202

(82.1n)
LITTON LOAN SERVICING LP
MCCALLA RAYMER ET AL BK DEPT
1544 OLD ALABAMA RD
ROSWELL, GA 30076

(92.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA 23541

(83.1n)
US ATTORNEY GENERAL
MAIN JUSTICE BLDG RM 5111
10TH ST & CONSTITUTION AVE NW
WASHINGTON, DC 20530

(84.1n)
US ATTORNEY GENERAL
602 FEDERAL BLDG
200 WEST SECOND ST
DAYTON, OH 45402

DENNIS POST
816 EDGEWICK RD
NEW CARLISLE, OH 45344